The Boesch Law Group
12100 Wilshire Boulevard, Suite 900
Los Angeles, California 90025

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SN SERVICING CORPORATION, an Alaska corporation,

Plaintiff,

vs.

SLALOM, INC., a Delaware corporation, and DOES 1 through 50,

Defendants.

Case No.: 1:26-cv-07899-CRB

**STIPULATION AND [~~PROPOSED~~] ORDER RE MOTION TO SEAL**

The Boesch Law Group
12100 Wilshire Boulevard, Suite 900
Los Angeles, California 90025

Plaintiff SN Servicing Corporation filed a Motion to Seal exhibits 1-5 to the Complaint. The Court has considered the Motion and GRANTS it.

The clerk shall seal exhibits 1-5 to the Complaint.

IT IS SO ORDERED.

Dated: August 19, 2026

By: ______________________________
HONORABLE CHARLES R. BREYER
United States District Judge