RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
CHIEH TUNG (CSB No. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Slalom, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

SN SERVICING CORPORATION, an Alaska corporation,

Plaintiff,

v.

SLALOM, INC., a Delaware corporation and DOES 1 through 50,

Defendant.

Case No: 1:26-cv-07899-RMI

**[~~PROPOSED~~] ORDER SEALING EXHIBITS 2 THROUGH 5 TO THE COMPLAINT**

**~~[Proposed]~~ Order**

Having considered SN Servicing Corp.'s Motion to Seal Exhibits 1–5 to the Complaint and Slalom's Statement Supporting that Motion, and good cause appearing, the Court ORDERS as follows:

| **Document** | **Order on Sealing** |
|---|---|
| Consulting Services Agreement between Slalom and SN Servicing (Ex. 1 to the Complaint) (Dkt. 1-1) | DENIED |
| Statement of Work No. 1 (Ex. 2 to the Complaint) (Dkt. 1-2) | SEALED in its entirety |
| Change Order No. 1 to Statement of Work No. 1 (Dkt. 1-3) | SEALED in its entirety |
| Statement of Work No. 2 (Dkt. 1-4) | SEALED in its entirety |
| Change Order to Statement of Work No. 2 (Dkt. 1-5) | SEALED in its entirety |

**IT IS SO ORDERED.**

Dated: August 19, 2026

_ THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE