**THE BOESCH LAW GROUP**
PHILIP W. BOESCH, JR. (SBN 60608)
JEFFREY JENSEN (SBN 262710)
12100 Wilshire Boulevard, Suite 900
Los Angeles, California 90025
Telephone: (310) 578-7880
pboesch@pboesch.com
jjensen@pboesch.com

Attorneys for Plaintiff
SN SERVICING CORPORATION

RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CHIEH TUNG (CSB NO. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys For Defendant
Slalom, Inc.



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SN Servicing Corporation, an Alaska corporation,

Plaintiff,

vs.

Slalom, Inc., a Delaware corporation, and DOES 1 through 50,

Defendant(s).

**Case No.: 3:26-cv-07899**

**JOINT STIPULATION TO EXTEND BRIEFING DEADLINES FOR DEFENDANT AND COUNTER-PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS; DECLARATION PHILIP W. BOESCH, JR.; [~~PROPOSED~~] ORDER**

Plaintiff-Counter-Defendant SN Servicing Corporation ("Plaintiff") and Defendant-Counter-Plaintiff Slalom, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendant filed a Motion for Judgment on the Pleadings on November 5, 2026 (Dkt. 23).

WHEREAS, Plaintiff's opposition is currently due on November 30, and Plaintiff's reply is currently due on December 7.

WHEREAS, Plaintiff's counsels has represented to Defendant's counsel that their availability is impacted by their caseload and the Thanksgiving holiday.

The Boesch Law Group
12100 Wilshire Boulevard, Suite 900
Los Angeles, California 90025

WHEREAS, the parties have agreed to a one-week extension of the opposition and reply to accommodate the holiday schedule.

NOW THEREFORE, the parties stipulate as follows:

1. Plaintiff's deadline to file an opposition brief shall be extended to and including December 7, 2026.
2. Defendant's deadline to file a reply brief shall be extended to and including December 14, 2026.
3. The hearing date shall remain January 15, 2027.

DATED: November 19, 2026 THE BOESCH LAW GROUP

By: /s/ *Philip W. Boesch, Jr.*
PHILIP W. BOESCH, JR.
JEFFREY JENSEN
Attorneys for Plaintiff, SN Servicing Corporation

DATED: November 19, 2026 TYZ LAW GROUP PC

By: /s/ *Cheih Tung*
CHEIH TUNG
RYAN TYZ
Attorneys for Defendant, Slalom, Inc.

Under Local Rule 5-1(i), the undersigned attests that each of the other Signatories have concurred in the filing of the document.

DATED: November 19, 2026 THE BOESCH LAW GROUP

By: /s/ *Philip W. Boesch, Jr.*
PHILIP W. BOESCH, JR.
JEFFREY JENSEN
Attorneys for Plaintiff, SN Servicing Corporation

The Boesch Law Group
12100 Wilshire Boulevard, Suite 900
Los Angeles, California 90025

**DECLARATION PHILIP W. BOESCH, JR.**

I, Philip W. Boesch, declare as follows:

1. I am a partner in the law firm Boesch Law Group, counsel of record for Plaintiff-Counter-Defendant SN Servicing Corporation ("Plaintiff") in this action.

2. I make this declaration in support of the Parties' Stipulation to Extend Briefing Deadlines. The statements herein are based on my personal knowledge unless otherwise stated.

3. Due to my firm's workload, none of the lawyers in my firm are available to begin Plaintiff's Opposition to Defendant and Counter-Plaintiff Slalom Inc.'s ("Defendant") motion until at least the week of November 23. Therefore, to meet the current Opposition deadline, counsel in my firm will have to work over the Thanksgiving holiday. Accordingly, Defendant's counsel agreed to continue Plaintiff's deadline by one week to November 7 and their Reply deadline by one week to November 14.

4. There have been no prior time modifications in the case, whether by stipulation or Court order.

5. The requested modification will not impact any other deadlines set by the Court.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 19th day of November, 2026 at Los Angeles, California.

_____*/s/ Philip W. Boesch, Jr.*_______
PHILIP W. BOESCH, JR.

The Boesch Law Group
12100 Wilshire Boulevard, Suite 900
Los Angeles, California 90025

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SN Servicing Corporation, an Alaska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Slalom, Inc., a Delaware corporation, and DOES 1 through 50,<br><br>Defendant(s). | **Case No.: 3:26-cv-07899**<br><br>**~~[PROPOSED]~~ ORDER GRANTING EXTENDED BRIEFING DEADLINES FOR DEFENDANT AND COUNTER-CLAIMANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Upon the stipulation of the parties, the Court extends the briefing schedule on Defendant-Counter-Claimant Slalom, Inc.'s ("Defendant") Motion for Judgment on the Pleadings as follows:

Plaintiff-Counter-Defendant SN Servicing Corporation's opposition shall be due no later than December 7, 2026.

Defendant's Reply shall be due no later than December 14, 2026.

The hearing date of the Motion shall remain January 15, 2027.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 20, 2026

By:________________________
Hon. Charles R. Breyer